IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Susan Shoemaker,<br>    Plaintiff, | No.: |
| | Civil Action |
| v. | |
| Chelcie McConnell and Stacey McConnell,<br>    Defendants. | |

## COMPLAINT

1. This is a diversity action arising out of an automobile collision that occurred on March 30, 2006 involving a Delaware Plaintiff and a Ohio Defendant, wherein the Plaintiff sustained serious injuries.

## JURISDICTION

2. The diversity jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1332, 2201, and 2202. This case arises between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

3. Venue is appropriate pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events concerning the claims occurred in this judicial district.

## PARTIES

4. Plaintiff is a citizen of the State of Delaware and resides at 624 Pepperbush Court, Wilmington, DE 19808.

5. Defendants, upon information and belief, are citizens of the State of Ohio and reside at 2234 Forrest Ridge, Hebron, Ohio 43025.

## FACTS

6. On or about March 30, 2006, Plaintiff was operating a vehicle.

7. At the same time, Defendant Chelcie McConnell was operating a vehicle owned by Stacey McConnell directly behind the Plaintiff.

8. Suddenly and without warning, Defendant Chelcie McConnell crashed into Plaintiff's vehicle, causing serious injuries to the Plaintiff.

## COUNT I

9. Plaintiff hereby incorporated paragraphs one through eight (1 – 8) by reference as though fully set forth herein.

10. The aforesaid collision was proximately caused by the negligent conduct of Defendant Chelcie McConnell in that he:

    (a) failed to give full time and attention to the operation of his vehicle in violation of 21 Del. C. Section 4176(b);

    (b) failed to maintain a proper lookout in violation of 21 Del. C. Section 4176(b);

    (c) failed to maintain control of his vehicle;

    (d) drove his vehicle in a careless or imprudent manner in violation of 21 Del. C. Section 4176(a);

    (e) failed to operate his vehicle with due regard for road, weather and traffic conditions in violation of 21 Del. C. Section 4176(a).

## COUNT II

11. Plaintiff hereby incorporates paragraphs one through ten (1-10) by reference as though fully set forth herein.

12. At the time of the collision, Defendant Stacey McConnell was the registered owner of a vehicle driven by Defendant Chelcie McConnell.

13. Defendant Stacey McConnell negligently entrusted her vehicle to Defendant Chelcie McConnell when she knew or should have known that Defendant Chelcie McConnell was not a responsible driver.

## COUNT III

14. Plaintiff hereby incorporates paragraphs one through thirteen (1-13) by reference as though fully set forth herein.

15. As a direct and proximate result of the aforesaid collision, Plaintiff has suffered and will continue to suffer in the future serious bodily injuries, pain and suffering, inconvenience, mental anguish and disability, some or all of which may be permanent in nature.

16. As a direct and proximate result of the aforesaid collisions, Plaintiff has incurred and will incur in the future medical and other expenses related to treatment for his injuries.

WHEREFORE, Plaintiff demands judgment in his favor and against Defendants, individually and severally, for special, general and consequential damages in an amount to be determined by the Court plus interest and costs.

BEVERLY BOVE, ATTORNEY AT LAW

BY: _____
Beverly L. Bove (2013)
Vincent J. X. Hedrick, II (2745)
1020 W. 18th St., Suite 2
P.O. Box 1607
Wilmington, DE 19899
(302) 777-3500
Attorneys for Plaintiff

Date: 1/6/07

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Susan Shoemaker

**DEFENDANTS**
Chelcia McConnell
Stacey McConnell

(b) County of Residence of First Listed Plaintiff: New Castle, DE
County of Residence of First Listed Defendant: Franklin, Ohio
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's:
Vincent J.X. Hedrick, II
Beverly L. Bove
1020 West 18th Street
P.O. Box 1607
Wilmington, DE 19899

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT:
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

REAL PROPERTY:
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

TORTS — PERSONAL INJURY:
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

TORTS — PERSONAL INJURY:
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

CIVIL RIGHTS:
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

PRISONER PETITIONS:
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY:
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR:
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

IMMIGRATION:
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

BANKRUPTCY:
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS:
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS:
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES:
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Sections 1332, 2201 and 2202
Brief description of cause: March 30, 2006 Auto Collision

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE
DOCKET NUMBER

DATE: 1/8/07
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

08-014

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____3____ COPIES OF AO FORM 85

_____1-7-08_____        _____
(Date forms issued)        (Signature of Party or their Representative)

                           _____J. Stowell_____
                           (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action