AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

[Stamp: FILED JAN 3 0 2008]

Susan Shoemaker

V.

Chelcie McConnell and
Stacey McConnell

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Chelcie McConnell
2234 Forrest Ridge
Hebron, OH 43025

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vincent J. X. Hedrick, II
Beverly L. Bove
1020 West 18th Street
P.O. Box 1607
Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE

JAN - 7 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-24-08 at 7:20 Pm |
| NAME OF SERVER *(PRINT)* Bob Bateman | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Residence at 2234 Forest Ridge Hebron, Ohio 43025

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   Bob Bateman   1-28-08
            Date              Signature of Server

_____
Address of Server

Subscribed & sworn to before me this
28 day of Jan, 20 08
Charlotte Seidle
Notary Public    Comm. Exp.
(SEAL)

CHARLOTTE SEIDLE
Notary Public, State of Ohio
My Commission Expires 6-1-2010
Recorded in Pickaway County

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.