# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSAN SHOEMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 cv 14 |
| | ) | |
| CHELCIE McCONNELL and | ) | Jury Trial Demanded |
| STACEY McCONNELL, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER TO COMPLAINT

1. Denied.

2. Denied.

3. Denied.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Denied.

## COUNT I

9. Defendants repeat answers to paragraphs 1 through 8.

10. Denied.

## COUNT II

11. Defendants repeat answers to paragraphs 1 through 10.

12. Admitted.

13. Denied.

## COUNT III

14. Defendants repeat answers to paragraphs 1 through 13.

15. Denied.

16. Denied.

## AFFIRMATIVE DEFENSES

17. The Court lacks subject matter jurisdiction.

18. The Court lacks personal jurisdiction.

19. There is improper venue in that the accident occurred in Ohio and the defendants are residents of Ohio.

20. There is insufficiency of process upon the defendants.

21. There is insufficiency of service of process upon the defendants.

                                                CASARINO, CHRISTMAN & SHALK, P.A.

                                                /s/ Stephen P. Casarino
                                                STEPHEN P. CASARINO, ESQ
                                                I.D. No. 174
                                                800 N. King Street, Suite 200
                                                Wilmington, DE 19899-1276
                                                (302) 594-4500
                                                Attorney for the Defendants

DATED: February 18, 2008

**CERTIFICATE OF SERVICE**

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 18th day of February 2008, a true and correct copy of the attached Notice of Deposition to:

Vincent J.X. Hedrick, II
Law office of Beverly L. Bove
1020 West 18th Street, Suite 2
P.O. Box 1607
Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK, P.A.

 /s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendants