# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SUSAN SHOEMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 08 cv 14 |
| | ) | |
| CHELCIE McCONNELL and | ) | Jury Trial Demanded |
| STACEY McCONNELL, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Stephen P. Casarino, Esq., hereby certify that I have caused to be deposited in the mailbox at 800 North King Street, Suite 200, Wilmington, DE 19801, on this 18th day of February 2008, a true and correct copy of the attached Answer to the Complaint to:

Vincent J.X. Hedrick, II
Law office of Beverly L. Bove
1020 West 18th Street, Suite 2
P.O. Box 1607
Wilmington, DE 19899

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Stephen P. Casarino
STEPHEN P. CASARINO, ESQ
I.D. No. 174
800 N. King Street, Suite 200
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendants