IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-14-SLR |
| | ) |
| CHELCIA MCCONNELL and | ) |
| STACEY MCCONNELL, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 16th day of April, 2008, the docket showing that plaintiff has not timely responded to defendants' motion to dismiss for lack of personal jurisdiction;

IT IS ORDERED that, on or before **April 30, 2008**, plaintiff shall respond to said motion. (D.I. 9) Failure to timely comply with this order shall result in dismissal of this case.

                                                                                            */s/*

                                                     United States District Judge