IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Susan Shoemaker,<br>    Plaintiff, | : | No.: 08-014-SLR |
| | : | |
| | : | Civil Action |
| v. | : | |
| | : | |
| Chelcie McConnell and Stacey McConnell,<br>    Defendants. | : | |

## AFFIDAVIT OF MAILING

STATE OF DELAWARE      )
                                    ) SS
COUNTY OF NEW CASTLE  )

I, Vincent J. X. Hedrick, II, being duly sworn do depose and state as follows:

1.    I am the attorney for Plaintiffs Susan Shoemaker in this action.

2.    On April 14, 2008, I caused to be mailed by certified mail, return receipt requested, a copy of the Summons and Complaint filed in the above entitled action.

3.    As evidenced by the return receipt attached hereto as Exhibit A, service was accepted by Defendant Stacey McConnell on April 19, 2008.

_____
Vincent J. X. Hedrick, II

SWORN TO AND SUBSCRIBED before me a Notary Public for the State and County aforesaid, this 24th day of April, 2008.

_____
Notary Public

KRISTINE M. WINNER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 24, 2011

# EXHIBIT A



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Chaqe McConn<br>C. Date of Delivery: 4-19-08 |
| 1. Article Addressed to:<br>Stacey McConnell<br>2234 Forrest Ridge<br>Hebron, OH 43025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br>APR 2 3 2008 |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 2410 0006 7668 8384 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540