# BEVERLY L. BOVE

Attorney at Law                                                  Member DE & PA Bars

BEVERLY L. BOVE
VINCENT J. X. HEDRICK, II

April 30, 2008

**VIA E-FILE & HAND DELIVERY**
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 31
Wilmington, DE 19801

      RE:    Susan Shoemaker v. Chelcie & Stacey McConnell
                Civ. No.: 08-cv-014-SLR

Dear Chief Judge Robinson:

      Enclosed for the Court's consideration is a courtesy copy of Plaintiff's Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

      If the Court has any questions, I remain available to answer them.

Respectfully submitted,

*/s/ Vincent J. X. Hedrick, II*
Vincent J. X. Hedrick, II

VJXH/kmw
Enclosure

Cc: Stephen P. Casarino, Esquire