IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN SHOEMAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-014-SLR |
| | ) |
| CHELCIE MCCONNELL and STACEY MCCONNELL, | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 2nd day of June, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants Chelcie McConnell and Stacy McConnell's motion to dismiss for lack of personal jurisdiction (D.I. 9) pursuant to Federal Rule of Civil Procedure 12(b)(2) is granted and the case is dismissed.

                                                                                       _____
                                                                                       United States District Judge